Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Jehan Zeb Mir** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 19-1225 |
| | ) |
| **State Farm Mutual Automobile Insurance Company;** | ) |
| **Michael Tipsord;** | ) |
| **Patrick Griffith** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Plaintiff Jehan Zeb Mir's claims against Defendant Patrick Griffith are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

　　**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Jehan Zeb Mir's claims for Tortuous Breach of Insurance Contract (Count I), Breach of the Implied Covenant of Good Faith and Fair Dealing (Count II), and Extrinsic Fraud (Count III) against Defendants State Farm Mutual Automobile Insurance Company and Michael Tipsord are DISMISSED WITH PREJUDICE.   Plaintiff recovers nothing against these Defendants on these claims.

　　**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Jehan Zeb Mir's claims for Intentional Interference with Contractual Rights (Count IV) and Conspiracy to Violate Civil Rights (Count V) against Defendants State Farm Mutual Automobile Insurance Company and Michael Tipsord are DISMISSED WITHOUT PREJUDICE.

**Dated:   4/17/2020**

　　　　　　　　　　　　　　　　　　　　　　s/ Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court